UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRITINA GARCIA,

       Plaintiff,

v.                                                         Civil Case No. 19-11673
                                                            Honorable Linda V. Parker

BEAUMONT HEALTH and
RACHEL LUCA,

       Defendants.
_____/

## ORDER REQUIRING SERVICE OF THE AMENDED COMPLAINT ON DEFENDANT RACHEL LUCA

On March 6, 2020, this Court issued a decision granting Plaintiff's motion to file an amended complaint. Plaintiff filed her Amended Complaint on March 11, 2016. The certificate of service reflects that Plaintiff served the Amended Complaint on Defendant Beaumont Health, only. Defendant Rachel Luca is in default. However, the Federal Rules of Civil Procedure require service on a defaulted party in accordance with Rule 4 if the pleading "asserts a new claim for relief against such a party[.]" Fed. R. Civ. P. 5(a)(2). Plaintiff's Amended Complaint in fact adds new claims against Defendant Luca.

Accordingly, Plaintiff shall serve a copy of the Amended Complaint on Defendant Rachel Luca in accordance with Federal Rule of Civil Procedure 4 and file a certificate of

service on the docket within thirty (30) days from the date of this Order.

**IT IS SO ORDERED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: March 26, 2020