UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA GARCIA,

      Plaintiff,

                              Civil No. 19-CV-11673
                              HON. LINDA V. PARKER

v

BEAUMONT HEALTH ROYAL OAK HOSPITAL, et al,

      Defendants.
_____/

## **ORDER REGARDING CLERK'S ENTRY OF DEFAULT**

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before July 28, 2020.** At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

      **IT IS SO ORDERED**.

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 14, 2020