UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA GARCIA,

        Plaintiff,                               Civil Action No. 19-11673
                                            Honorable Linda V. Parker
v.                                             Magistrate Judge David R. Grand

BEAUMONT HEALTH ROYAL OAK
HOSPITAL and RACHEL LUCA,

        Defendants.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO TAKE THE CONTINUED DEPOSITION OF PLAINTIFF (ECF No. 42)

Before the Court is Defendant Beaumont Health's ("Beaumont") Motion for an Order Under Rule 30(a)(2) and (d)(3) for Leave to Take the Continued Deposition of Plaintiff for up to 90 Minutes, which was filed on July 8, 2020. (ECF No. 42). Plaintiff Kristina Garcia ("Garcia") filed a response to this motion on July 22, 2020 (ECF No. 49), and Beaumont filed a reply on July 29, 2020 (ECF No. 53).

An Order of Reference was entered on July 17, 2020, referring Beaumont's motion to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) (ECF No. 48), and oral argument was held on August 27, 2020.

For the reasons set forth more fully on the record, Beaumont's Motion for Leave to Take the Continued Deposition of Plaintiff for up to 90 Minutes **(ECF No. 42)** is **GRANTED**. The parties shall work cooperatively to schedule Garcia's continued deposition, which shall be limited to ninety (90) minutes in duration and shall take place

via Zoom, as expeditiously as possible.

**IT IS SO ORDERED.**

Dated: August 28, 2020  s/David R. Grand
Ann Arbor, Michigan  DAVID R. GRAND
United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2020.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager