UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA GARCIA,

        Plaintiff,                              Civil Action No. 19-11673
                                              Honorable Linda V. Parker
v.                                                 Magistrate Judge David R. Grand

BEAUMONT HEALTH ROYAL OAK
HOSPITAL and RACHEL LUCA,

        Defendants.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL (ECF No. 46)

Before the Court is Plaintiff Kristina Garcia's ("Garcia") Motion to Compel Documents and Information, which was filed on July 16, 2020. (ECF No. 46). Defendant Beaumont Health ("Beaumont") filed a response to this motion on July 30, 2020 (ECF No. 55), and Garcia filed a reply on August 5, 2020 (ECF No. 60).

An Order of Reference was entered on July 17, 2020, referring Garcia's motion to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) (ECF No. 48), and oral argument was held on August 27, 2020.

For the following reasons, and those set forth more fully on the record, Garcia's Motion to Compel **(ECF No. 46)** is **GRANTED IN PART AND DENIED IN PART**. Specifically:

- Interrogatory No. 5 has been resolved.

- Interrogatory No. 6, as drafted, is overly broad, could constitute an invasion of the privacy rights of non-parties to this litigation, and seeks information

that is disproportionate to the needs of the case. At oral argument, however, the parties engaged in considerable discussion regarding the information Garcia seeks to obtain with this interrogatory and why she believes such information is both relevant and necessary to proving her *prima facie* case. As the Court explained on the record, Beaumont shall provide information about any complaints, made at its Royal Oak facility from 2018 to the present, by a female employee of inappropriate physical touching by a male employee. For each such complaint, Beaumont shall indicate the name, job title, and department of the employee responsible for conducting any investigation. Additionally, for each such complaint, Beaumont shall indicate whether any public filing was made (e.g., with the Equal Employment Opportunity Commission, court, etc.) and the complaint's current status.

- With respect to Requests to Produce Nos. 2 and 3, Garcia's motion is **DENIED**. Beaumont has already provided Garcia with the names of the Human Resources employees who were involved in investigating her complaint, and Garcia's request for additional information regarding the names of every person employed in the Human Resources and Audit Departments is overly broad and not reasonably calculated to lead to the discovery of relevant evidence, and disproportionate to the case's needs.

**IT IS SO ORDERED.**

Dated: August 28, 2020  s/David R. Grand
Ann Arbor, Michigan  DAVID R. GRAND
United States Magistrate Judge


**NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2020.

                                            s/Eddrey O. Butts
                                            EDDREY O. BUTTS
                                            Case Manager