UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA GARCIA

        Plaintiff,        Civil Action No. 19-11673
                                Honorable Linda V. Parker

v.

BEAUMONT HEALTH ROYAL OAK HOSPITAL, et al.,

        Defendant.
_____/

## ORDER STRIKING

The Court has reviewed the following document: **Motion To Provide Notice Of Supplemental Authority And Brief In Support [ECF No. 75]**. The Court finds that it should be stricken for the following reasons:

☐ Missing statement of concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☒ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

☐ Other.

Accordingly, the Court strikes the document. Plaintiff shall file an amended document that complies with all requirements, by the close of business on June 15, 2021.

**IT IS SO ORDERED.**

s/ Linda V. Parker<br>LINDA V. PARKER<br>U.S. DISTRICT JUDGE

Dated: June 15, 2021