UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA GARCIA,

    Plaintiff,

v.

BEAUMONT HEALTH and
RACHEL LUCA,

    Defendants.

Case No: 19-11673

District Judge Linda V. Parker

Magistrate Judge David R. Grand

_____/

Lisa C. Ward (P38933)
Law Offices of Lisa C. Ward, PLLC
Attorney for Plaintiff
4131 Okemos Road, Suite 12
Okemos, MI  48864
517-347-8102
lisacward@aol.com

KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.
By: Eric J. Pelton (P40635)
      Shannon V. Loverich (P53877)
Attorneys for Defendant Beaumont Health
280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
(248) 645-0000
epelton@khvpf.com
sloverich@khvpf.com

_____/

**DEFENDANT BEAUMONT HEALTH'S MOTION FOR LEAVE TO
FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL AUTHORITY IN
OPPOSITION TO DEFENDANT BEAUMONT'S MOTION FOR
SUMMARY JUDGMENT**

Plaintiff recently was granted leave to submit to the Court the case *Threat v. City of Cleveland,* __ F.4th __, 2021 WL 3140525 (6th Circuit 2021) as "supplemental authority" in opposition to Beaumont's pending Motion for Summary Judgment. (ECF No. 81, PageID 1487-1492.) Garcia claims that *Threat* supports her position that a material fact question exists on the question of whether Garcia incurred a materially adverse employment action when she voluntarily resigned her Charge Therapist duties three months after her alleged harasser (Luca) had been terminated. (ECF No. 81, PageID 1476.)

Beaumont seeks leave to file a no more than three-page response to Garcia's purported supplemental authority. If the Court is going to consider *Threat v. City of Cleveland,* Beaumont should have an opportunity to explain why it has no bearing on undisputed facts in this case.

Wherefore, Beaumont seeks leave to submit a brief response (not to exceed three pages) to Plaintiff's supplemental authority.

<div style="margin-left:40%">

Respectfully submitted,

KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.

By: */s/ Shannon V. Loverich*
    Eric J. Pelton (P40635)
    Shannon V. Loverich (P53877)
Attorneys for Defendant Beaumont Health
280 N. Old Woodward Ave. Ste. 400
Birmingham, Michigan 48009
(248) 645-0000
epelton@khvpf.com /sloverich@khvpf.com

</div>

Dated:  August 6, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA GARCIA,

     Plaintiff,

v.

BEAUMONT HEALTH and
RACHEL LUCA,

     Defendants.

Case No: 19-11673

District Judge Linda V. Parker

Magistrate Judge David R. Grand

_____/

| | |
|---|---|
| Lisa C. Ward (P38933) | KIENBAUM HARDY VIVIANO |
| Veronica Stachurski (P85110) | PELTON & FORREST, P.L.C. |
| Law Offices of Lisa C. Ward, PLLC | By: Eric J. Pelton (P40635) |
| Attorney for Plaintiff |      Shannon V. Loverich (P53877) |
| 4131 Okemos Road, Suite 12 | Attorneys for Defendant Beaumont Health |
| Okemos, MI  48864 | 280 N. Old Woodward Avenue, Suite 400 |
| 517-347-8100 | Birmingham, Michigan 48009 |
| lisacward@aol.com | (248) 645-0000 |
| atty.stachurski@gmail.com | epelton@khvpf.com |
| | sloverich@khvpf.com |

_____/

**DEFENDANT BEAUMONT HEALTH'S BRIEF IN SUPPORT OF
ITS MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S
SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT
BEAUMONT'S MOTION FOR SUMMARY JUDGMENT**

Beaumont relies on the facts stated in its contemporaneously filed motion in support of its request for leave to file a brief response to Garcia's supplemental authority.

Wherefore, Beaumont seeks leave to submit a brief response (not to exceed three pages) to Plaintiff's supplemental authority.

Respectfully submitted,

KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.

By: */s/ Shannon V. Loverich*
    Eric J. Pelton (P40635)
    Shannon V. Loverich (P53877)
Attorneys for Defendant Beaumont Health
280 N. Old Woodward Ave. Ste. 400
Birmingham, Michigan 48009
(248) 645-0000
epelton@khvpf.com
sloverich@khvpf.com

Dated:  August 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to upon all ECF participants on record.

*/s/ Shannon V. Loverich*
Shannon V. Loverich (P53877)
Kienbaum Hardy Viviano
Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
(248) 645-0000
sloverich@khvpf.com

421977