# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| Kristina Garcia, | ) | Case No. 19-11673 |
| --- | --- | --- |
| v. | ) | Hon. Linda V. Parker |
| Beaumont Health and Rachel Luca. | ) | Magistrate Judge David R. Grand |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  10/25/2021  against  Plaintiff             ,
                                                                              *Date*
the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
| --- | --- | --- |
| A.  Fees of the Clerk | | |
| B.  Fees for service of summons and subpoena | | |
| C.  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | See Itemized Attachment A | $2,917.48 |
| D.  Fees and disbursements for printing | | |
| E.  Fees for witnesses *(itemize on page two)* | | |
| F.  Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| G.  Docket fees under 28 U.S.C. 1923 | | |
| H.  Costs as shown on Mandate of Court of Appeals | | |
| I.  Compensation of court-appointed experts | | |
| J.  Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K.  Other costs *(please itemize)* | | |
| | TOTAL | $2,917.48 |

*SPECIAL NOTE:* **Attach to your bill an itemization and documentation for requested costs in all categories.**

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Shannon V. Loverich

Name of Attorney:  Shannon V. Loverich

For:  Defendant Beaumont Health                                            Date:  November 22, 2021
     *Name of Claiming Party*

AO 133 (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Attachment A**

**Kristina Garcia v. Beaumont Health, et al.**
U.S. District Court No. 19-11673

**Deposition/Hearing Transcript Used in Support of Motion for Summary Judgment**

Deposition transcript of Kristina Garcia dated 02.04.2020 attached to Defendant's Motion for Summary Judgment as Exhibit A *(See, e.g.,* Doc #72-2, PgID 899)

Taxable items from invoice:
Transcript (Bill of Costs Handbook II.C.1.d): $1528.85
  ($1148.85 *Transcript* + $380 *Realtime*)
Attendance (Bill of Costs Handbook II.C.1.f): $293.13
Delivery/Handle/Process (Bill of Costs Handbook II.C.1.g): $45.19
Copy of Transcript (Bill of Costs Handbook II.C.1.k): $20
Video Pages (Bill of Costs Handbook II.C.1.i): $
Litigation Support Package (Bill of Costs Handbook II.C.1.i): $40.00
Exhibits (Bill of Costs Handbook II.C.1.h): $43.50        $1,970.67

Deposition transcript of Kristina Garcia dated 09.22.2020 attached to Defendant's Motion for Summary Judgment as Exhibit A (*See, e.g*., Doc #72-2, PgID 1056)

Taxable items from invoice:
Transcript (Bill of Costs Handbook II.C.1.d): $262.20
Attendance (Bill of Costs Handbook II.C.1.f): $70.00
Delivery/Handle/Process (Bill of Costs Handbook II.C.1.g): $43.83
Copy of Transcript (Bill of Costs Handbook II.C.1.k): $20.00
Video Pages (Bill of Costs Handbook II.C.1.i): $
Litigation Support Package (Bill of Costs Handbook II.C.1.i): $40.00
Exhibits (Bill of Costs Handbook II.C.1.h): $7.00        $443.03

Deposition transcript of Antoinette Carroll dated 02.21.2020, cited to in Defendant's Motion for Summary Judgment as Exhibit D (See, e.g., Doc #72-5, PgID 1143)

Taxable items from invoice:
Transcript (Bill of Costs Handbook II.C.1.d): $260.37
Attendance (Bill of Costs Handbook II.C.1.f): $
Delivery/Handle/Process (Bill of Costs Handbook II.C.1.g): $5.00
Copy of Transcript (Bill of Costs Handbook II.C.1.k): $
Video Pages (Bill of Costs Handbook II.C.1.i): $
Litigation Support Package (Bill of Costs Handbook II.C.1.i): $
Exhibits (Bill of Costs Handbook II.C.1.h): $9.00        $274.37

**ATTACHMENT A**

Deposition transcript of Jean Aphram dated 03.13.2020, attached to Defendant's Motion for Summary Judgment as Exhibit E (*See, e.g*., Doc #72-6, PgID 1204)

Taxable items from invoice:
Transcript (Bill of Costs Handbook II.C.1.d):  $
Attendance (Bill of Costs Handbook II.C.1.f):  $
Delivery/Handle/Process (Bill of Costs Handbook II.C.1.g):  $5.00
Copy of Transcript (Bill of Costs Handbook II.C.1.k):  $215.66
Video Pages (Bill of Costs Handbook II.C.1.i):  $
Medical/Technical Pages (Bill of Costs Handbook II.C.1.d): $
Litigation Support Package (Bill of Costs Handbook II.C.1.i):  $
Exhibits (Bill of Costs Handbook II.C.1.h):  $8.75      $229.41

**Total**      $2,917.48



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110356642 | 2/18/2020 | Due upon receipt |
| **Job No.** | **Job Date:** | **Balance** |
| 882408 | 2/4/2020 | $0.00 |
| **Case Name** | | |
| Kristina Garcia vs Beaumont Health, et al | | |
| **Case No** | | |
| 1911673 | | |

**U.S. Legal Support - Michigan**
30800 Telegraph RoadSuite 2925
Bingham Farms MI 48025
Phone: (888) 644-8080  Fax: (248) 644-1120

**Eric J. Pelton**
**Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**
**280 North Old Woodward**
**Suite 400**
**Birmingham MI 48009**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| US Legal - Lansing<br>306 Townsend StreetState Bar of MI<br>Lansing MI 48933 | Eric J. Pelton<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL TRANSCRIPT OF:Kristina Garcia | | | | |
| Original | 333.00 | Pages | $3.45 | $1148.85 |
| Exhibit | 87.00 | Pages | $0.50 | $43.50 |
| Attendance | 8.00 | Hours | $35.00 | $280.00 |
| Attendance Before/After Hours | 0.25 | | $52.50 | $13.13 |
| Litigation Support Package | 1.00 | | $25.00 | $25.00 |
| Shipping | 1.00 | | $25.19 | $25.19 |
| Handle/Process | 1.00 | | $20.00 | $20.00 |
| Video per page | 304.00 | Pages | $0.35 | $106.40 |
| CD Package | 1.00 | | $15.00 | $15.00 |
| Condensed Transcript | 1.00 | | $20.00 | $20.00 |
| Tabs | 17.00 | | $0.55 | $9.35 |
| Realtime | 304.00 | | $1.25 | $380.00 |
| Taxable (0.00) | | | | |
| Late Fees | | | | $312.96 |
| Online bill pay available at www.uslegalsupport.com | **Total Due** | | | $2086.42 |

Original email sent to myamin@khvpf.com on 02.18.2020
CD Bundle, Tabbed exhibits and Condensed sent via UPS Tracking #1Z 343 54W 03 5920 5660 on 02.18.2020

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| (-) Payments/Credits | $2086.42 |
| (+) Finance Charges/Debits | $312.96 |
| (=) New Balance | $0.00 |

Tax ID : 76-0523238                               Phone: 248.645.0000      Fax:248.645.1385

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com

*"Please detach bottom portion and return with payment."*

Eric J. Pelton
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old WoodwardSuite 400
Birmingham MI 48009

Remit To: **U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| | |
|---|---|
| **Invoice No.** | 110356642 |
| **Invoice Date:** | 2/18/2020 |
| **Total Due** | **$0.00** |
| **Job No.** | 882408 |
| **Case No:** | 1911673 |



# INVOICE

| | | |
|---|---|---|
| **Invoice No.** | **Invoice Date:** | **Payment Terms** |
| 110405186 | 10/2/2020 | Due upon receipt |
| **Job No.** | **Job Date:** | **Balance** |
| 958200 | 9/22/2020 | $0.00 |

| **Case Name** |
|---|
| Kristina Garcia vs Beaumont Health, et al |

| **Case No** |
|---|
| 1911673 |

**U.S. Legal Support - Michigan**
30800 Telegraph RoadSuite 2925
Bingham Farms MI 48025
Phone: (888) 644-8080  Fax: (248) 644-1120

**Eric J. Pelton**
**Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**
**280 North Old Woodward**
**Suite 400**
**Birmingham MI 48009**

| **Job Location** | **Ordered By** | **Reference Info.** |
|---|---|---|
| *U.S. Legal Support - Remote Video Conference<br>To log into this session, please utilize the link below. | Eric J. Pelton<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL TRANSCRIPT OF:Kristina Garcia, Vol II | | | | |
| Original | 76.00 | Pages | $3.45 | $262.20 |
| Exhibit | 14.00 | Pages | $0.50 | $7.00 |
| RemoteDepo w/InstantExhibit - Videoconferencing | 1.00 | | Minimum | $0.00 |
| Attendance | 2.00 | Hours | $35.00 | $70.00 |
| Litigation Support Package | 1.00 | | $25.00 | $25.00 |
| Condensed Transcript | 1.00 | | $20.00 | $20.00 |
| Shipping | 1.00 | | $23.83 | $23.83 |
| Handle/Process | 1.00 | | $20.00 | $20.00 |
| CD Package | 1.00 | | $15.00 | $15.00 |
| VTC Pages | 65.00 | | $0.35 | $22.75 |
| Video per page | 65.00 | Pages | $0.35 | $22.75 |
| Taxable (0.00) | | | | |
| Late Fees | | | | $73.28 |

Online bill pay available at www.uslegalsupport.com       **Total Due**       **$488.53**

Condensed copy with tabbed exhibits and CD bundle sent via UPS
Original email sent to myamin@khvpf.com on 10-2-20

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **(-) Payments/Credits** | $488.53 |
| **(+) Finance Charges/Debits** | $73.28 |
| **(=) New Balance** | $0.00 |

Tax ID : 76-0523238       Phone: 248.645.0000       Fax:248.645.1385

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com

*"Please detach bottom portion and return with payment."*

Eric J. Pelton
Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.
280 North Old WoodwardSuite 400
Birmingham MI 48009

| | |
|---|---|
| **Invoice No.** | 110405186 |
| **Invoice Date:** | 10/2/2020 |
| **Total Due** | **$0.00** |
| **Job No.** | 958200 |
| **Case No:** | 1911673 |

Remit To:  **U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**



Phone: 800-632-2720 | Fax: 800-968-8653

www.networkreporting.com | depos@networkreporting.com

2604 Sunnyside Drive
Cadillac, MI 49601

IRS No.: 38-2412043
Incorporated

ERIC J. PELTON
KIENBAUM HARDY VIVIANO PELTON & FORREST PLC
280 NORTH OLD WOODWARD AVENUE, SUITE 400
BIRMINGHAM, MI 48009

## Invoice #342912

| Date | Terms |
|---|---|
| 03/06/2020 | Due Upon Receipt |

| Assignment | Case | Billing Reference | Shipped On | Shipped Via |
|---|---|---|---|---|
| 02/21/2020 | KRISTINA GARCIA vs. BEAUMONT HEALTH and RACHEL L… | | 03/06/2020 | None |

| Description | Amount |
|---|---|
| **Copy Transcript of ANTOINETTE CARROLL** | |
| Transcript Via E-mail | $ 5.00 |
| Scanned Exhibits - Repository | $ 9.00 |
| Copy of Transcript | $ 260.37 |
| | $ 274.37 |

Amount Due: $ 274.37
Paid: $ 274.37

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | Upon Receipt |

**EMAIL ONLY**
*Thank you for choosing Network Reporting.*
*Local roots.  Global reach!*

Payment is NOT contingent upon client reimbursement.  Any balance unpaid after 30 days is subject to finance charges of 1.5%.

\*  Did you know … you can view & print your invoices via our online repository.
Visit www.networkreporting.com  \*



Phone: 800-632-2720 | Fax: 800-968-8653

www.networkreporting.com | depos@networkreporting.com

2604 Sunnyside Drive
Cadillac, MI 49601

IRS No.: 38-2412043
Incorporated

ERIC J. PELTON
KIENBAUM HARDY VIVIANO PELTON & FORREST PLC
280 NORTH OLD WOODWARD AVENUE, SUITE 400
BIRMINGHAM, MI 48009

## Invoice #343398

| Date | Terms |
|---|---|
| 04/16/2020 | Due Upon Receipt |

| Assignment | Case | Billing Reference | Shipped On | Shipped Via |
|---|---|---|---|---|
| 03/13/2020 | KRISTINA GARCIA vs. BEAUMONT HEALTH and RACHEL L... | | 04/16/2020 | None |

| Description | Amount |
|---|---|
| **Copy Transcript of JEAN APHRAM** | |
|     Transcript Via E-mail | $ 5.00 |
|     Copy of Transcript | $ 215.66 |
|     Scanned Exhibits - Repository | $ 8.75 |
| | $ 229.41 |

| | |
|---|---|
| Amount Due: | $ 229.41 |
| Paid: | $ 229.41 |
| Balance Due: | $ 0.00 |
| Payment Due: | Upon Receipt |

**EMAIL ONLY**
*Thank you for choosing Network Reporting.*
*Local roots.  Global reach!*

Payment is NOT contingent upon client reimbursement.  Any balance unpaid after 30 days is subject to finance charges of 1.5%.

   *  Did you know ... you can view & print your invoices via our online repository.
      Visit www.networkreporting.com  *