# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Kristina Garcia,

v.

Beaumont Health Royal Oak Hospital, et al.

Civil No: 19-11673

Judicial Officer: Linda V. Parker

/

# TAXED BILL OF COST*

On October 25, 2021, a judgment was entered in favor of **the Defendant.** The prevailing party now requests the clerk to tax the following costs:

|   |   | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk (28:1920(1))(28:1923) |   |   |   |
| B | Service Fees |   |   |   |
| C | Court Reporter Fees | $2,917.48 | $2,537.48 | **See Attached. |
| D | Printing Fees |   |   |   |
| E | Witness Fees |   |   |   |
| F | Exemplification & Copy Fees |   |   |   |
| G | Docket fees (28 U.S.C. 1923) |   |   |   |
| H | Costs on Mandate of Appeal |   |   |   |
| I | Court-appointed experts |   |   |   |
| J | Interpreters and Services |   |   |   |
| K | Other costs |   |   |   |
|   | TOTALS | $2,917.48 | $2,537.48 |   |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 11/22/21

Kinikia D. Essix, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

*Taxed bill of costs pertains to defendant Beaumont Health Royal Oak Beaumont Hospital only.

**Costs Denied:**

| | |
|---|---|
| Court Reporter Fees: $380.00 | Realtime costs are not taxable.  (See Bill of Costs Handbook, Section II(C)(2)(a), page 4.) |

# Mailing Information for a Case 2:19-cv-11673-LVP-DRG Garcia v. Beaumont Health Royal Oak Hospital et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shannon V. Loverich**
  sloverich@khvpf.com,myamin@khvpf.com
- **Eric J. Pelton**
  epelton@khvpf.com,mbeveridge@khvpf.com
- **Veronica Louise Stachurski**
  atty.stachurski@gmail.com
- **Lisa C. Ward**
  LisaCWard@aol.com,lisacwardlaw@gmail.com