UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA GARCIA,

      Plaintiff,

v.                                               Civil Case No. 19-11673
                                               Honorable Linda V. Parker

BEAUMONT HEALTH and
RACHEL LUCA,

      Defendants.
_____/

## JUDGMENT

On October 25, 2021, this Court granted summary judgment to Defendant Beaumont Health. Based on the factual findings and legal conclusions reached in that decision, the Court issued an Opinion and Order on today's date, *sua sponte* dismissing with prejudice Plaintiff's claim against Defendant Rachel Luca.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                              s/ Linda V. Parker
                                                              LINDA V. PARKER
                                                              U.S. DISTRICT JUDGE

Dated: February 7, 2022