NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OF A DISTRICT COURT

United States District Court for the Eastern District of Michigan
Docket Number: 19-11673

KRISTINA GARCIA,

    Plaintiff,

v.                                                                                       NOTICE OF APPEAL

BEAUMONT HEALTH and RACHEL LUCA

    Defendants

---

    Plaintiff, Kristina Garcia, through her attorneys, Lisa C. Ward and Veronica L. Stachurski, Law Offices of Lisa C. Ward, PLLC, hereby gives notice of her appeal to the United States Court of Appeals for the Sixth Circuit from the final Judgment entered on February 7, 2022.  (ECF No. 102.)

    Plaintiff's notice of appeal also encompasses the Opinion And Order Granting In Part And Denying In Part Plaintiff's Motion To Amend Complaint entered on March 6, 2020 (ECF No. 26.) and Opinion And Order Denying

Plaintiff's Motion To Review Action Of The Taxation Clerk And Affirming Taxed Bill Of Costs entered on February 7, 2022.  (ECF 103.)

Respectfully submitted,

*/s/ Lisa C. Ward*
Lisa C. Ward (P38933)
Veronica L. Stachurski (P85110)
Attorneys for Plaintiff
Law Offices of Lisa C. Ward, PLLC
4131 Okemos Rd., Ste. 12
Okemos, MI 48864
(517) 347-8100
lisacwardlaw@gmail.com