
# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 31, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 22-1186, *Kristina Garcia v. Beaumont Health Royal Oak Hospital, et al*
Originating Case No. 2:19-cv-11673

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Robin Baker, Case Manager

cc: Mr. Thomas J. Davis
    Mr. Jeremy D. Horowitz
    Mr. Eric J. Pelton
    Ms. Veronica Louise Stachurski
    Ms. Lisa C. Ward

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1186

_____

Filed: October 31, 2022

KRISTINA GARCIA

    Plaintiff - Appellant

v.

BEAUMONT HEALTH ROYAL OAK HOSPITAL; RACHEL LUCA

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 10/07/2022 the mandate for this case hereby issues today.

 COSTS: None